## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:                                                    CHAPTER 13
Carol A. Lancos
        &                                             BKY. NO. 19-20773 GLT
Andy S. Lancos, Jr.
                 Debtors

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

      Kindly enter my appearance on behalf of M&T Bank as servicer for Lakeview Loan
Servicing, LLC and index same on the master mailing list.


                        Respectfully submitted,

                        **/s/James C. Warmbrodt, Esquire**
                        James C. Warmbrodt, Esquire
                        Attorney I.D. No. 42524
                        KML Law Group, P.C.
                        BNY Mellon Independence Center
                        701 Market Street, Suite 5000
                        Philadelphia, PA 19106
                        412-430-3594
                        jwarmbrodt@kmllawgroup.com