IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

FILED
3/18/19 1:06 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN RE:  :
   Andy S. Lancos, Jr.  : Case No.   19-20773-GLT
   Carol A. Lancos  :
     :
   Debtors  : Chapter 13
     :
   Andy S. Lancos, Jr.  :
   Carol A. Lancos  : Related to Dkt. No. 16
     :
   Movants  :
vs.  :
No Respondents  :

ORDER

AND NOW this    18th    day of                    March                   , 2019 it is hereby Ordered that the filing deadline for the remainder of the Debtors' Chapter 13 Petition and Chapter 13 Plan is extended from March 14, 2019 until March 28, 2019.

Prepared by:
John L. Walker, Jr., Esquire
Attorney for Debtor

BY THE COURT

_____
United States Bankruptcy Court Judge

Case Administrator to serve:  Debtor, Counsel for Debtor and Trustee

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                     Case No. 19-20773-GLT
Andy S. Lancos, Jr.                                                        Chapter 13
Carol A. Lancos
         Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2           User: aala              Page 1 of 1             Date Rcvd: Mar 18, 2019
                               Form ID: pdf900         Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 20, 2019.
db            #+Andy S. Lancos, Jr.,    109 Christy Drive,    Monaca, PA 15061-2526
jdb           #+Carol A. Lancos,    109 Christy Drive,    Monaca, PA 15061-2526

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                            TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 20, 2019                                    Signature:  /s/Joseph Speetjens

___

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 18, 2019 at the address(es) listed below:
              James   Warmbrodt    on behalf of Creditor   M&T Bank as servicer for Lakeview Loan Servicing, LLC
               bkgroup@kmllawgroup.com
              John L. Walker, Jr.   on behalf of Debtor Andy S. Lancos, Jr. jwalker@marwlaw.com,
               karen.w@marwlaw.com
              John L. Walker, Jr.   on behalf of Joint Debtor Carol A. Lancos jwalker@marwlaw.com,
               karen.w@marwlaw.com
              Keri P. Ebeck    on behalf of Creditor   Duquesne Light Company kebeck@bernsteinlaw.com,
               DMcKay@bernsteinlaw.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              S. James Wallace    on behalf of Creditor   Peoples Natural Gas Company LLC sjw@sjwpgh.com,
               srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
                                                                                             TOTAL: 7