# CLEARVIEW FEDERAL CREDIT UNION

8805 University Boulevard
Moon Township, PA 15108

ADDRESS SERVICE REQUESTED

ANDY S LANCOS JR
PO BOX 45
CHRISTY DR
MONACA PA 15061 - 0045

**ACCOUNT STATEMENT**

| Account | Statement Period | Page |
|---|---|---|
| XXXXXX2895 | 01/01/19 - 01/31/19 | 1 of 3 |



SEND INQUIRIES AND PAYMENTS TO:
8805 University Boulevard • Moon Township, PA 15108
1-800-926-0003 • clearviewfcu.org

## SAVINGS (0000)

| TRANS DATE | EFFECTIVE DATE | TYPE | DESCRIPTION | AMOUNT | BALANCE |
|---|---|---|---|---|---|
| 01/01 | | Beginning Balance | | | 10.00 |
| 01/31 | | Ending Balance | | | 10.00 |

Dividends Paid YTD to You in 2019 on SAVINGS (0000)    $0.00

## ABSOLUTE CHECKING (0009)

| TRANS DATE | EFFECTIVE DATE | TYPE | DESCRIPTION | AMOUNT | BALANCE |
|---|---|---|---|---|---|
| 01/01 | | Beginning Balance | | | -24.93 |
| 01/02 | 01/02 | Withdrawal | NSF FEE 1723<br>In the amount $81.46 GIANT EAGLE SMK | -35.00 | -59.93 |
| 01/02 | 01/02 | Withdrawal | NSF FEE<br>In the amount $384.34 ERIE INS GROUP | -35.00 | -94.93 |
| 01/03 | 01/03 | Withdrawal | NSF FEE<br>In the amount $384.34 ERIE INS GROUP | -35.00 | -129.93 |
| 01/08 | 01/08 | Deposit | ACH SSA TREAS 310<br>TYPE: XXSOC SEC ID: 9031036030<br>CO: SSA TREAS 310 | 2,151.00 | 2,021.07 |
| 01/08 | 01/08 | Withdrawal | POS #318256<br>GIANT-EAG 2650 Con Beaver Falls PA | -76.97 | 1,944.10 |
| 01/08 | 01/08 | Withdrawal | Online Banking Transfer<br>To Loan 4155223000170863<br>Online Banking 01/08/2019 21:18 877464 | -202.00 | 1,742.10 |
| 01/09 | 01/09 | Withdrawal | POS #258138<br>CHESTER SPARKLE 12595 OHIO RIVER B CHESTER WV | -151.85 | 1,590.25 |
| 01/09 | 01/09 | Withdrawal | POS #526673<br>DOLLAR-GE 1500 WAS NEWELL WV | -61.38 | 1,528.87 |
| 01/09 | 01/09 | Withdrawal | at ATM #088241<br>MOUNTAINEER -2 1420 MOUNTAINEER C NEW CUMBERLAN WV P278845 | -264.50 | 1,264.37 |
| 01/09 | 01/09 | Withdrawal | Non-Network ATM<br>MOUNTAINEER -2 1420 MOUNTAINEER C NEW CUMBERLAN WV P278845 | -2.25 | 1,262.12 |
| 01/09 | 01/09 | Withdrawal | POS #599688<br>Wal-Mart Super Center 1883 WAL-SAMS MONACA PA | -167.97 | 1,094.15 |
| 01/11 | 01/11 | Withdrawal | POS #130647<br>ADVANCE AUTO P 95 GOLFVIEW DR MONACA PA | -162.15 | 932.00 |
| 01/11 | 01/11 | Withdrawal | at ATM #420208<br>RIVERS PITTSBU 777 CASINO DR, PITTSBURGH PA P378972 | -205.00 | 727.00 |
| 01/11 | 01/11 | Withdrawal | Non-Network ATM<br>RIVERS PITTSBU 777 CASINO DR, PITTSBURGH PA P378972 | -2.25 | 724.75 |
| 01/12 | 01/12 | Withdrawal | at ATM #008101<br>WESBANCO 3531 BROADHEAD RD MONACA PA XM2764 | -463.00 | 261.75 |

**CLEARVIEW FCU**

| Member Name | Account No | Page |
|---|---|---|
| ANDY S LANCOS JR | XXXXXX2895 | 2 of 3 |

## ABSOLUTE CHECKING (0009) - Continued

| TRANS DATE | EFFECTIVE DATE | TYPE | DESCRIPTION | AMOUNT | BALANCE |
|---|---|---|---|---|---|
| 01/12 | 01/12 | Withdrawal | Non-Network ATM<br>WESBANCO 3531 BROADHEAD RD MONACA PA XM2764 | -2.25 | 259.50 |
| 01/13 | 01/13 | Withdrawal | POS #779556<br>WM SUPERCENTER Wal-Mart Super Cen MONACA PA | -47.23 | 212.27 |
| 01/14 | 01/14 | Withdrawal | Check 1723 | -81.46 | 130.81 |
| 01/16 | 01/16 | Withdrawal | Debit Card MCSIGNATURE<br>VERIZONWRLSS*RTCCR VE 800-922-0204 FL | -271.35 | -140.54 |
| 01/16 | 01/16 | Withdrawal | Courtesy Pay fee | -35.00 | -175.54 |
| 01/17 | 01/17 | Withdrawal | ACH PORTFOLIO RECOV<br>TYPE: PRA INC ID: 1541794735<br>DATA: AChecks CO: PORTFOLIO RECOV | -21.60 | -197.14 |
| 01/17 | 01/17 | Withdrawal | Courtesy Pay Fee | -35.00 | -232.14 |
| 01/17 | 01/17 | Withdrawal | at ATM #283472<br>CLEARVIEW FEDERAL CU MON 210 GOLFVIEW DRIVE MONACA PA 42482030 | -300.00 | -532.14 |
| 01/17 | 01/17 | Withdrawal | Courtesy Pay fee | -35.00 | -567.14 |
| 01/18 | 01/18 | Withdrawal | at ATM #023209<br>Beaver County 3618 BRODHEAD RD MONACA PA 83790803 | -142.00 | -709.14 |
| 01/18 | 01/18 | Withdrawal | Courtesy Pay fee | -35.00 | -744.14 |
| 01/18 | 01/18 | Withdrawal | Non-Network ATM<br>Beaver County 3618 BRODHEAD RD MONACA PA 83790803 | -2.25 | -746.39 |
| 01/19 | 01/19 | Withdrawal | Debit Card MCSIGNATURE<br>COMCAST THREE CS 1X 800-266-2278 PA | -284.05 | -1,030.44 |
| 01/19 | 01/19 | Withdrawal | Overdrawn w/Card | -35.00 | -1,065.44 |
| 01/30 | 01/30 | Deposit | ACH RPS-PRINCIPAL<br>TYPE: PRINCIPAL ID: 9RPSEFTS<br>CO: RPS-PRINCIPAL | 401.96 | -663.48 |
| 01/31 | 01/31 | Withdrawal | at ATM #853005<br>Beaver County 3618 BRODHEAD RD MONACA PA 83790803 | -202.00 | -865.48 |
| 01/31 | 01/31 | Withdrawal | Courtesy Pay fee | -35.00 | -900.48 |
| 01/31 | 01/31 | Withdrawal | Non-Network ATM<br>Beaver County 3618 BRODHEAD RD MONACA PA 83790803 | -2.25 | -902.73 |
| 01/31 | 01/31 | Withdrawal | POS #520591<br>Wal-Mart Super Center 1883 WAL-SAMS MONACA PA | -55.12 | -957.85 |
| 01/31 | 01/31 | Withdrawal | Courtesy Pay fee | -35.00 | -992.85 |
| 01/31 | 01/31 | Deposit | ACH STEELWORKERS PEN<br>TYPE: PENSION ID: 1236646508<br>CO: STEELWORKERS PEN | 801.50 | -191.35 |
| 01/31 | 01/31 | Withdrawal | at ATM #936469<br>MOUNTAINEER -2 1420 MOUNTAINEER C NEW CUMBERLAN WV P278843 | -304.50 | -495.85 |
| 01/31 | 01/31 | Withdrawal | Courtesy Pay fee | -35.00 | -530.85 |
| 01/31 | 01/31 | Withdrawal | Non-Network ATM<br>MOUNTAINEER -2 1420 MOUNTAINEER C NEW CUMBERLAN WV P278843 | -2.25 | -533.10 |
| 01/31 | 01/31 | Deposit | Dividend Paid | 0.02 | -533.08 |
| 01/31 | | Ending Balance | | | -533.08 |

36 Withdrawals = -3,862.63       4 Deposits = 3,354.48       1 Checks Cleared

Please visit: http://www.clearviewfcu.org/home/resources/forms to print out a Checking Account Reconcile Form.

---

**FINANCE CHARGE-BALANCE COMPUTATION**

figure the finance charge by multiplying the unpaid balance for each day since your last payment (or since an ince if you have not yet made a payment) by the applicable daily periodic rate. The sum of these amounts is the ice charge owed. The balance used to compute the finance charge is the unpaid balance each day after nents, credits, unpaid finance charges, and late charges to that balance have been subtracted and any new inces or other charges have been added.

IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS

us at 1-800-926-0003 or write us at Clearview Federal Credit Union, 8805 University Blvd., Moon Township, 5108 as soon as you can, if you think your statement or receipt is wrong, or if you need more information it a transfer listed on the statement or receipt. We must hear from you no later than 60 days after we the first statement on which the problem or error appeared. 1. Tell us your name and account number.

**BILLING RIGHTS SUMMARY**

IN CASE OF ERRORS OR QUESTIONS PERTAINING TO YOUR OPEN-END LOAN ACCOUNT(s)

If you think your Statement of Account is wrong or if you need more information about a transaction on y Statement of Account, write us, as soon as you can, (on a separate sheet) at: Clearview Federal Credit Union, 8 University Blvd., Moon Township, PA 15108.

We must hear from you no later than 60 days after we sent you the first Statement of Account on which the err or problem appeared. You can telephone us, but doing so will not preserve your rights. In your letter, give us th following information:
- Your name and account number.
- The date and dollar amount of the suspected error.
- Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.



| EMPLOYEE NO. | EMPLOYEE NAME | DEPT. | SOC. SEC. NO. | CHECK DATE | CHECK NO. |
|---|---|---|---|---|---|
| 2113 | LANCOS, ANDY | 1 | XXX-XX-1198 | 01/03/2019 | 042818 |

| Earnings | Hrs | Current | YTD | Taxes | Current | YTD | Ded. | Current | YTD |
|---|---|---|---|---|---|---|---|---|---|
| REG | 32.00 | $793.28 | $793.28 | FICA Benef | $49.18 | $49.18 | LST | $2.00 | $2.00 |
| Total | 32.00 | $793.28 | $793.28 | FICA Tax | $49.18 | $49.18 | MED | $11.50 | $11.50 |
| | | | | FIT Tax | $33.94 | $33.94 | SUI | $0.48 | $0.48 |
| | | | | SIT Tax | $24.35 | $24.35 | | | |
| | | | | LCL Tax | $7.93 | $7.93 | | | |
| | | | | EIC Advanc | $0.00 | $0.00 | | | |

| Description | Earned | Balance |
|---|---|---|
| HOL | 0.00 | 0.00 |
| ILL | 0.00 | 0.00 |
| VACA | 0.00 | 0.00 |

| Net Pay | $663.90 | $663.90 | Total Taxes: | $115.40 | $115.40 | Total Ded.: | $13.98 | $13.98 |
|---|---|---|---|---|---|---|---|---|

---

**CENTER TOWNSHIP WATER AUTHORITY**
PAYROLL ACCOUNT
224 CENTER GRANGE ROAD
ALIQUIPPA, PA 15001

WesBanco  69-3/434

042818

| CHECK NO. | CHECK DATE | VENDOR NO. |
|---|---|---|
| 042818 | 01/03/2019 | 2113 |

PAY

CHECK AMOUNT
$663.90

SIX HUNDRED SIXTY-THREE AND 90 / 100 Dollars ********************

TO THE ORDER OF
ANDY S. LANCOS
109 CHRISTY DRIVE
MONACA, PA 15061

THIS DOCUMENT IS PRINTED ON CHEMICAL REACTIVE PAPER WHICH CONTAINS A WATERMARK, ULTRAVIOLET FIBERS AND MICROPRINTING.

⑈042818⑈ ⑆043400036⑆ 1200058180⑈

---

Earnings Detail:
CENTER TOWNSHIP WATER AUTHORITY - PAYROLL ACCOUNT • 224 CENTER GRANGE ROAD, ALIQUIPPA, PA 15001

042818

| Sort Code | Pay Code | Units | Rate | Pay Amount | Adjustment | Total |
|---|---|---|---|---|---|---|
| 1 REG | NPLHRL | 32.00 | $24.79 | $793.28 | $0.00 | $793.28 |
| | | | Sum of Pay Amounts | | | $793.28 |

Additional Withholdings

| | Status | Exemptions | Amount |
|---|---|---|---|
| FIT | Married | 0 | $0.00 |
| SIT | All | 0 | $0.00 |
| | | Total: | $0.00 |

CENTER TOWNSHIP WATER AUTHORITY - PAYROLL ACCOUNT • 224 CENTER GRANGE ROAD, ALIQUIPPA, PA 15001

| EMPLOYEE NO. | EMPLOYEE NAME | DEPT. | SOC. SEC. NO. | CHECK DATE |
|---|---|---|---|---|
| 2113 | LANCOS, ANDY | 1 | XXX-XX-1198 | 01/18/2019 |

CHECK NO. 042845

| Earnings | Hrs | Current | YTD | Taxes | Current | YTD | Ded. | Current | YTD |
|---|---|---|---|---|---|---|---|---|---|
| REG | 80.00 | $1,983.20 | $2,776.48 | FIT Tax | $168.60 | $202.54 | LST | $2.00 | $4.00 |
| Total | 80.00 | $1,983.20 | $2,776.48 | FICA Benef | $122.96 | $172.14 | MED | $28.76 | $40.26 |
| | | | | FICA Tax | $122.96 | $172.14 | SUI | $1.19 | $1.67 |
| | | | | SIT Tax | $60.88 | $85.23 | | | |
| | | | | LCL Tax | $19.83 | $27.76 | | | |
| | | | | EIC Advanc | $0.00 | $0.00 | | | |

| Description | Earned | Balance |
|---|---|---|
| HOL | 0.00 | 0.00 |
| ILL | 0.00 | 0.00 |
| VACA | 0.00 | 0.00 |

| Net Pay | $1,578.98 | $2,242.88 | Total Taxes: | $372.27 | $487.67 | Total Ded.: | $31.95 | $45.93 |
|---|---|---|---|---|---|---|---|---|

Earnings Detail
CENTER TOWNSHIP WATER AUTHORITY - PAYROLL ACCOUNT • 224 CENTER GRANGE ROAD, ALIQUIPPA, PA 15001

| Sort Code | Pay Code | Units | Rate | Pay Amount | Adjustment | Total |
|---|---|---|---|---|---|---|
| 1 REG | NPLHRL | 80.00 | $24.79 | $1,983.20 | $0.00 | $1,983.20 |
| | | | Sum of Pay Amounts | $1,983.20 | | |

042845

Additional Withholdings

| | Status | Exemptions | Amount |
|---|---|---|---|
| FIT | Married | 0 | $0.00 |
| SIT | All | 0 | $0.00 |
| | | Total: | $0.00 |

## ABSOLUTE CHECKING (0009) - Continued

| TRANS DATE | EFFECTIVE DATE | TYPE | DESCRIPTION | AMOUNT | BALANCE |
|---|---|---|---|---|---|
| | | | deposit | | |
| 02/11 | 02/11 | Withdrawal | POS #080359<br>SHELL Service Station MONACA PA | -25.01 | 1,223.01 |
| 02/11 | 02/11 | Withdrawal | POS #080671<br>SHELL Service Station 1500 OLD BRODHEAD MONACA PA | -7.79 | 1,215.22 |
| 02/11<br>02/10 | 02/11 | Withdrawal | Debit Card MCSIGNATURE<br>BEAVER COUNTY BEVERAGE MONACA PA | -6.44 | 1,208.78 |
| 02/11 | 02/11 | Withdrawal | POS #227897<br>WM SUPERCENTER Wal-Mart Super Cen MONACA PA | -125.47 | 1,083.31 |
| 02/11 | 02/11 | Withdrawal | POS #220802<br>WM SUPERCENTER Wal-Mart Super Cen MONACA PA | -141.14 | 942.17 |
| 02/12<br>02/11 | 02/12 | Withdrawal | Debit Card MCSIGNATURE<br>PSU HOUSING AND FOODS UNIVERSITY PA PA | -2.00 | 940.17 |
| 02/12<br>02/11 | 02/12 | Withdrawal | Debit Card MCSIGNATURE<br>PSU HOUSING AND FOODS UNIVERSITY PA PA | -5.97 | 934.20 |
| 02/12<br>02/11 | 02/12 | Withdrawal | Debit Card MCSIGNATURE<br>PSU HOUSING AND FOODS UNIVERSITY PA PA | -1.19 | 933.01 |
| ✗ 02/12 | 02/12 | Deposit | ACH SSA TREAS 310<br>TYPE: XXSOC SEC ID: 9031036030<br>CO: SSA TREAS 310 | ☆ 145.00 | 1,078.01 |
| ✗ 02/12 | 02/12 | Deposit | ACH TCS TREAS 449<br>TYPE: XXSOC SEC ID: 9062736011<br>CO: TCS TREAS 449 | ☆ 620.50 | 1,698.51 |
| 02/13 | 02/13 | Withdrawal | | -1,000.00 | 698.51 |
| 02/13 | 02/13 | Withdrawal | at ATM #694771<br>RIVERS PITTSBU 777 CASINO DR, PITTSBURGH PA P378972 | -205.00 | 493.51 |
| 02/13 | 02/13 | Withdrawal | Non-Network ATM<br>RIVERS PITTSBU 777 CASINO DR, PITTSBURGH PA P378972 | -2.25 | 491.26 |
| 02/13 | 02/13 | Withdrawal | at ATM #735588<br>RIVERS PITTSBU 777 CASINO DR, PITTSBURGH PA P378970 | -105.00 | 386.26 |
| 02/13 | 02/13 | Withdrawal | Non-Network ATM<br>RIVERS PITTSBU 777 CASINO DR, PITTSBURGH PA P378970 | -2.25 | 384.01 |
| 02/14<br>02/13 | 02/14 | Withdrawal | Debit Card MCSIGNATURE<br>MUNCHIES INDUSTRY PA | -68.00 | 316.01 |
| 02/14 | 02/14 | Withdrawal | POS #133528<br>WM SUPERCENTER Wal-Mart Super Cen MONACA PA | -141.98 | 174.03 |
| 02/14 | 02/14 | Deposit | ACH PENN STATE UNIV<br>TYPE: REG SALARY ID: 1246000376<br>CO: PENN STATE UNIV | 252.61 | 426.64 |
| 02/15 | 02/15 | Deposit | by Check | 376.65 | 803.29 |
| 02/15 | 02/15 | Withdrawal | at ATM #100566<br>RIVERS PITTSBU 777 CASINO DR, PITTSBURGH PA P378970 | -205.00 | 598.29 |
| 02/15 | 02/15 | Withdrawal | Non-Network ATM<br>RIVERS PITTSBU 777 CASINO DR, PITTSBURGH PA P378970 | -2.25 | 596.04 |
| 02/16 | 02/16 | Withdrawal | at ATM #114713<br>RIVERS PITTSBU 777 CASINO DR, PITTSBURGH PA P378970 | -205.00 | 391.04 |
| 02/16 | 02/16 | Withdrawal | Non-Network ATM<br>RIVERS PITTSBU 777 CASINO DR, PITTSBURGH PA P378970 | -2.25 | 388.79 |

Please visit: http://www.clearviewfcu.org/home/resources/forms to print out a Checking Account Reconcile Form.

### FINANCE CHARGE-BALANCE COMPUTATION

...figure the finance charge by multiplying the unpaid balance for each day since your last payment (or since an ...nce if you have not yet made a payment) by the applicable daily periodic rate. The sum of these amounts is the ...ce charge owed. The balance used to compute the finance charge is the unpaid balance each day after ...ents, credits, unpaid finance charges, and late charges to that balance have been subtracted and any new ...nces or other charges have been added.

### IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS

us at 1-800-926-0003 or write us at Clearview Federal Credit Union, 8805 University Blvd., Moon Township, 5108 as soon as you can, if you think your statement or receipt is wrong, or if you need more information it a transfer listed on the statement or receipt. We must hear from you no later than 60 days after we ! the first statement on which the problem or error appeared. 1. Tell us your name and account number. ascribe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is rror or why you need more information. 3. Tell us the dollar amount of the suspected error. We will investigate complaint and will correct any error promptly. If we take more than ten business days to do this, we will credit account for the amount you think is in error, so that you will have the use of the money during the time it takes ) complete our investigation.

### BILLING RIGHTS SUMMARY
### IN CASE OF ERRORS OR QUESTIONS PERTAINING TO YOUR OPEN-END LOAN ACCOUNT(s)

If you think your Statement of Account is wrong or if you need more information about a transaction on your Statement of Account, write us, as soon as you can, (on a separate sheet) at: Clearview Federal Credit Union, 8805 University Blvd., Moon Township, PA 15108.
We must hear from you no later than 60 days after we sent you the first Statement of Account on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights. In your letter, give us the following information:
● Your name and account number.
● The date and dollar amount of the suspected error.
● Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.
You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your Statement of Account that are not in question. While we investigate your questions, we cannot report you as delinquent or take any action to collect the amount you question.



Federally Insured By NCUA.

CLEARVIEW 7/15

The Pennsylvania State University   Payroll Office - 101 James M. Elliott Building   120 South Burrowes Street   State College, PA 16801-3857

| Name | Company | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Carol Lancos | The Pennsylvania State University | 902004254 | 08/19/2018 | 09/01/2018 | 09/14/2018 | |

| | Gross Pay | Post-Tax Deductions | EE Taxes | Pre-Tax Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 303.30 | 0.00 | 37.72 | 0.00 | 265.58 |
| YTD | 456.30 | 0.00 | 57.75 | 0.00 | 398.55 |

### Earnings

| Description | Dates | Hours | Rate | Amount | YTD |
|---|---|---|---|---|---|
| Regular Pay (Hourly) | 08/19/2018-09/01/2018 | 33.7 | 9 | 303.30 | 456.30 |
| Earnings | | | | 303.30 | 456.30 |

### EE Taxes

| Description | Amount | YTD |
|---|---|---|
| OASDI | 18.80 | 28.29 |
| Medicare | 4.40 | 6.62 |
| State Tax - PA | 9.31 | 14.01 |
| SUI-Employee Paid - PA | 0.18 | 0.27 |
| City Tax - CENTR | 3.03 | 4.56 |
| PA LST - CENTR | 2.00 | 4.00 |
| EE Taxes | 37.72 | 57.75 |

### Employer Taxes, Benefits & Misc. Wages

| Description | Amount | YTD |
|---|---|---|
| Medicare (Federal) | 4.40 | 6.62 |
| OASDI (Federal) | 18.80 | 28.29 |
| Employer Taxes, Benefits & Misc. Wages | 23.20 | 34.91 |

### Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 303.30 | 456.30 |
| Medicare - Taxable Wages | 303.30 | 456.30 |
| Federal Withholding - Taxable Wages | 303.30 | 456.30 |

| | Federal | State |
|---|---|---|
| Marital Status | Married | |
| Allowances | 1 | 0 |
| Additional Withholding | 0 | |

### Payment Information

| Bank | Account Name | Account Number | USD Amount | Payment Amount |
|---|---|---|---|---|
| Clearview Federal credit union | Clearview Federal credit union ******3584 | ******3584 | | 265.58 USD |

The Pennsylvania State University  Payroll Office - 101 James M. Elliott Building  120 South Burrowes Street  State College, PA 16801-3857

| Name | Company | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Carol Lancos | The Pennsylvania State University | 902004254 | 09/02/2018 | 09/15/2018 | 09/28/2018 | |

| | Gross Pay | Post Tax Deductions | EE Taxes | Pre-Tax Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 306.90 | 0.00 | 38.16 | 0.00 | 268.74 |
| YTD | 763.20 | 0.00 | 95.91 | 0.00 | 667.29 |

### Earnings

| Description | Dates | Hours | Rate | Amount | YTD |
|---|---|---|---|---|---|
| Regular Pay (Hourly) | 09/02/2018-09/15/2018 | 34.1 | 9 | 306.90 | 763.20 |
| Earnings | | | | 306.90 | 763.20 |

### EE Taxes

| Description | Amount | YTD |
|---|---|---|
| OASDI | 19.03 | 47.32 |
| Medicare | 4.45 | 11.07 |
| State Tax - PA | 9.42 | 23.43 |
| SUI-Employee Paid - PA | 0.19 | 0.46 |
| City Tax - CENTR | 3.07 | 7.63 |
| PA LST - CENTR | 2.00 | 6.00 |
| EE Taxes | 38.16 | 95.91 |

### Employer Taxes, Benefits & Misc. Wages

| Description | Amount | YTD |
|---|---|---|
| Medicare (Federal) | 4.45 | 11.07 |
| OASDI (Federal) | 19.03 | 47.32 |
| Employer Taxes, Benefits & Misc. Wages | 23.48 | 58.39 |

### Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 306.90 | 763.20 |
| Medicare - Taxable Wages | 306.90 | 763.20 |
| Federal Withholding - Taxable Wages | 306.90 | 763.20 |

| | | Federal | State |
|---|---|---|---|
| Marital Status | | Married | |
| Allowances | | 1 | 0 |
| Additional Withholding | | 0 | |

### Payment Information

| Bank | Account Name | Account Number | USD Amount | Payment Amount | |
|---|---|---|---|---|---|
| Clearview Federal credit union | Clearview Federal credit union ******3584 | ******3584 | | 268.74 | USD |

The Pennsylvania State University   Payroll Office - 101 James M. Elliott Building   120 South Burrowes Street   State College, PA 16801-3857

| Name | Company | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Carol Lancos | The Pennsylvania State University | 902004254 | 09/16/2018 | 09/29/2018 | 10/12/2018 | |

| | | Gross Pay | Post-Tax Deductions | EE Taxes | Pre-Tax Deductions | Net Pay |
|---|---|---|---|---|---|---|
| Current | | 333.00 | 0.00 | 41.21 | 0.00 | 291.79 |
| YTD | | 1,096.20 | 0.00 | 137.12 | 0.00 | 959.08 |

### Earnings

| Description | Dates | Hours | Rate | Amount | YTD |
|---|---|---|---|---|---|
| Regular Pay (Hourly) | 09/16/2018-09/29/2018 | 37 | 9 | 333.00 | 1,096.20 |
| Earnings | | | | 333.00 | 1,096.20 |

### EE Taxes

| Description | Amount | YTD |
|---|---|---|
| OASDI | 20.64 | 67.96 |
| Medicare | 4.82 | 15.89 |
| State Tax - PA | 10.22 | 33.65 |
| SUI-Employee Paid - PA | 0.20 | 0.66 |
| City Tax - CENTR | 3.33 | 10.96 |
| PA LST - CENTR | 2.00 | 8.00 |
| EE Taxes | 41.21 | 137.12 |

### Employer Taxes, Benefits & Misc. Wages

| Description | Amount | YTD |
|---|---|---|
| Medicare (Federal) | 4.82 | 15.89 |
| OASDI (Federal) | 20.64 | 67.96 |
| Employer Taxes, Benefits & Misc. Wages | 25.46 | 83.85 |

### Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 333.00 | 1,096.20 |
| Medicare - Taxable Wages | 333.00 | 1,096.20 |
| Federal Withholding - Taxable Wages | 333.00 | 1,096.20 |

| | Federal | State |
|---|---|---|
| Marital Status | Married | |
| Allowances | 1 | 0 |
| Additional Withholding | 0 | |

### Payment Information

| Bank | Account Name | Account Number | USD Amount | Payment Amount | |
|---|---|---|---|---|---|
| Clearview Federal credit union | Clearview Federal credit union ******3584 | ******3584 | | 291.79 | USD |

The Pennsylvania State University  Payroll Office - 101 James M. Elliott Building  120 South Burrowes Street  State College, PA 16801-3857

| Name | Company | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Carol Lancos | The Pennsylvania State University | 902004254 | 09/30/2018 | 10/13/2018 | 10/26/2018 | |

| | Gross Pay | Post Tax Deductions | EE Taxes | Pre-Tax Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 334.80 | 0.00 | 41.45 | 0.00 | 293.35 |
| YTD | 1,431.00 | 0.00 | 178.57 | 0.00 | 1,252.43 |

### Earnings

| Description | Dates | Hours | Rate | Amount | YTD |
|---|---|---|---|---|---|
| Regular Pay (Hourly) | 09/30/2018-10/13/2018 | 37.2 | 9 | 334.80 | 1,431.00 |
| Earnings | | | | 334.80 | 1,431.00 |

### EE Taxes

| Description | Amount | YTD |
|---|---|---|
| OASDI | 20.76 | 88.72 |
| Medicare | 4.86 | 20.75 |
| State Tax - PA | 10.28 | 43.93 |
| SUI-Employee Paid - PA | 0.20 | 0.86 |
| City Tax - CENTR | 3.35 | 14.31 |
| PA LST - CENTR | 2.00 | 10.00 |
| EE Taxes | 41.45 | 178.57 |

### Employer Taxes, Benefits & Misc. Wages

| Description | Amount | YTD |
|---|---|---|
| Medicare (Federal) | 4.86 | 20.75 |
| OASDI (Federal) | 20.76 | 88.72 |
| Employer Taxes, Benefits & Misc. Wages | 25.62 | 109.47 |

### Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 334.80 | 1,431.00 |
| Medicare - Taxable Wages | 334.80 | 1,431.00 |
| Federal Withholding - Taxable Wages | 334.80 | 1,431.00 |

| | Federal | State |
|---|---|---|
| Marital Status | Married | |
| Allowances | 1 | 0 |
| Additional Withholding | 0 | |

### Payment Information

| Bank | Account Name | Account Number | USD Amount | Payment Amount | |
|---|---|---|---|---|---|
| Clearview Federal credit union | Clearview Federal credit union ******3584 | ******3584 | | 293.35 | USD |

The Pennsylvania State University  Payroll Office - 101 James M. Elliott Building  120 South Burrowes Street  State College, PA 16801-3857

| Name | Company | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Carol Lancos | The Pennsylvania State University | 902004254 | 10/14/2018 | 10/27/2018 | 11/09/2018 | |

| | | Gross Pay | Post-Tax Deductions | EE Taxes | Pre-Tax Deductions | Net Pay |
|---|---|---|---|---|---|---|
| Current | | 333.00 | 0.00 | 41.23 | 0.00 | 291.77 |
| YTD | | 1,764.00 | 0.00 | 219.80 | 0.00 | 1,544.20 |

### Earnings

| Description | Dates | Hours | Rate | Amount | YTD |
|---|---|---|---|---|---|
| Regular Pay (Hourly) | 10/14/2018-10/27/2018 | 37 | 9 | 333.00 | 1,764.00 |
| Earnings | | | | 333.00 | 1,764.00 |

### EE Taxes

| Description | Amount | YTD |
|---|---|---|
| OASDI | 20.65 | 109.37 |
| Medicare | 4.83 | 25.58 |
| State Tax - PA | 10.22 | 54.15 |
| SUI-Employee Paid - PA | 0.20 | 1.06 |
| City Tax - CENTR | 3.33 | 17.64 |
| PA LST - CENTR | 2.00 | 12.00 |
| EE Taxes | 41.23 | 219.80 |

### Employer Taxes, Benefits & Misc. Wages

| Description | Amount | YTD |
|---|---|---|
| Medicare (Federal) | 4.83 | 25.58 |
| OASDI (Federal) | 20.65 | 109.37 |
| Employer Taxes, Benefits & Misc. Wages | 25.48 | 134.95 |

### Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 333.00 | 1,764.00 |
| Medicare - Taxable Wages | 333.00 | 1,764.00 |
| Federal Withholding - Taxable Wages | 333.00 | 1,764.00 |

| | | Federal | State |
|---|---|---|---|
| Marital Status | | Married | |
| Allowances | | 1 | 0 |
| Additional Withholding | | 0 | |

### Payment Information

| Bank | Account Name | Account Number | USD Amount | Payment Amount | |
|---|---|---|---|---|---|
| Clearview Federal credit union | Clearview Federal credit union ******3584 | ******3584 | | 291.77 | USD |

The Pennsylvania State University   Payroll Office - 101 James M. Elliott Building   120 South Burrowes Street   State College, PA 16801-3857

| Name | Company | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Carol Lancos | The Pennsylvania State University | 902004254 | 10/28/2018 | 11/10/2018 | 11/23/2018 | |

| | Gross Pay | Post-Tax Deductions | EE Taxes | Pre-Tax Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 333.00 | 0.00 | 41.22 | 0.00 | 291.78 |
| YTD | 2,097.00 | 0.00 | 261.02 | 0.00 | 1,835.98 |

### Earnings

| Description | Dates | Hours | Rate | Amount | YTD |
|---|---|---|---|---|---|
| Regular Pay (Hourly) | 10/28/2018-11/10/2018 | 37 | 9 | 333.00 | 2,097.00 |
| Earnings | | | | 333.00 | 2,097.00 |

### EE Taxes

| Description | Amount | YTD |
|---|---|---|
| OASDI | 20.64 | 130.01 |
| Medicare | 4.83 | 30.41 |
| State Tax - PA | 10.22 | 64.37 |
| SUI-Employee Paid - PA | 0.20 | 1.26 |
| City Tax - CENTR | 3.33 | 20.97 |
| PA LST - CENTR | 2.00 | 14.00 |
| EE Taxes | 41.22 | 261.02 |

### Employer Taxes, Benefits & Misc. Wages

| Description | Amount | YTD |
|---|---|---|
| Medicare (Federal) | 4.83 | 30.41 |
| OASDI (Federal) | 20.64 | 130.01 |
| Employer Taxes, Benefits & Misc. Wages | 25.47 | 160.42 |

### Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 333.00 | 2,097.00 |
| Medicare - Taxable Wages | 333.00 | 2,097.00 |
| Federal Withholding - Taxable Wages | 333.00 | 2,097.00 |

| | Federal | State |
|---|---|---|
| Marital Status | Married | |
| Allowances | 1 | 0 |
| Additional Withholding | 0 | |

### Payment Information

| Bank | Account Name | Account Number | USD Amount | Payment Amount | |
|---|---|---|---|---|---|
| Clearview Federal credit union | Clearview Federal credit union ******3584 | ******3584 | | 291.78 | USD |

The Pennsylvania State University  Payroll Office - 101 James M. Elliott Building  120 South Burrowes Street  State College, PA 16801-3857

| Name | Company | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Carol Lancos | The Pennsylvania State University | 902004254 | 11/11/2018 | 11/24/2018 | 12/07/2018 | |

| | Gross Pay | Post-Tax Deductions | EE Taxes | Pre-Tax Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 167.40 | 0.00 | 21.71 | 0.00 | 145.69 |
| YTD | 2,264.40 | 0.00 | 282.73 | 0.00 | 1,981.67 |

### Earnings

| Description | Dates | Hours | Rate | Amount | YTD |
|---|---|---|---|---|---|
| Regular Pay (Hourly) | 11/11/2018-11/17/2018 | 18.6 | 9 | 167.40 | 2,264.40 |
| Earnings | | | | 167.40 | 2,264.40 |

### EE Taxes

| Description | Amount | YTD |
|---|---|---|
| OASDI | 10.38 | 140.39 |
| Medicare | 2.42 | 32.83 |
| State Tax - PA | 5.14 | 69.51 |
| SUI-Employee Paid - PA | 0.10 | 1.36 |
| City Tax - CENTR | 1.67 | 22.64 |
| PA LST - CENTR | 2.00 | 16.00 |
| EE Taxes | 21.71 | 282.73 |

### Employer Taxes, Benefits & Misc. Wages

| Description | Amount | YTD |
|---|---|---|
| Medicare (Federal) | 2.42 | 32.83 |
| OASDI (Federal) | 10.38 | 140.39 |
| Employer Taxes, Benefits & Misc. Wages | 12.80 | 173.22 |

### Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 167.40 | 2,264.40 |
| Medicare - Taxable Wages | 167.40 | 2,264.40 |
| Federal Withholding - Taxable Wages | 167.40 | 2,264.40 |

| | | Federal | State |
|---|---|---|---|
| Marital Status | | Married | |
| Allowances | | 1 | 0 |
| Additional Withholding | | 0 | |

### Payment Information

| Bank | Account Name | Account Number | USD Amount | Payment Amount | |
|---|---|---|---|---|---|
| Clearview Federal credit union | Clearview Federal credit union ******3584 | ******3584 | | 145.69 | USD |

The Pennsylvania State University  Payroll Office - 101 James M. Elliott Building  120 South Burrowes Street  State College, PA 16801-3857

| Name | Company | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Carol Lancos | The Pennsylvania State University | 902004254 | 11/25/2018 | 12/08/2018 | 12/21/2018 | |

| | | Gross Pay | Post Tax Deductions | EE Taxes | Pre-Tax Deductions | Net Pay |
|---|---|---|---|---|---|---|
| Current | | 339.30 | 0.00 | 41.97 | 0.00 | 297.33 |
| YTD | | 2,603.70 | 0.00 | 324.70 | 0.00 | 2,279.00 |

### Earnings

| Description | Dates | Hours | Rate | Amount | YTD |
|---|---|---|---|---|---|
| Regular Pay (Hourly) | 11/25/2018-12/08/2018 | 37.7 | 9 | 339.30 | 2,603.70 |
| Earnings | | | | 339.30 | 2,603.70 |

### EE Taxes

| Description | Amount | YTD |
|---|---|---|
| OASDI | 21.04 | 161.43 |
| Medicare | 4.92 | 37.75 |
| State Tax - PA | 10.42 | 79.93 |
| SUI-Employee Paid - PA | 0.20 | 1.56 |
| City Tax - CENTR | 3.39 | 26.03 |
| PA LST - CENTR | 2.00 | 18.00 |
| EE Taxes | 41.97 | 324.70 |

### Employer Taxes, Benefits & Misc. Wages

| Description | Amount | YTD |
|---|---|---|
| Medicare (Federal) | 4.92 | 37.75 |
| OASDI (Federal) | 21.04 | 161.43 |
| Employer Taxes, Benefits & Misc. Wages | 25.96 | 199.18 |

### Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 339.30 | 2,603.70 |
| Medicare - Taxable Wages | 339.30 | 2,603.70 |
| Federal Withholding - Taxable Wages | 339.30 | 2,603.70 |

| | Federal | State |
|---|---|---|
| Marital Status | Married | |
| Allowances | 1 | 0 |
| Additional Withholding | 0 | |

### Payment Information

| Bank | Account Name | Account Number | USD Amount | Payment Amount | |
|---|---|---|---|---|---|
| Clearview Federal credit union | Clearview Federal credit union ******3584 | ******3584 | | 297.33 | USD |

The Pennsylvania State University · Payroll Office - 101 James M. Elliott Building · 120 South Burrowes Street · State College, PA 16801-3857

| Name | Company | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Carol Lancos | The Pennsylvania State University | 902004254 | 12/09/2018 | 12/22/2018 | 01/04/2019 | |

| | Gross Pay | Post-Tax Deductions | EE Taxes | Pre-Tax Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 164.70 | 0.00 | 21.41 | 0.00 | 143.29 |
| YTD | 164.70 | 0.00 | 21.41 | 0.00 | 143.29 |

### Earnings

| Description | Dates | Hours | Rate | Amount | YTD |
|---|---|---|---|---|---|
| Regular Pay (Hourly) | 12/09/2018-12/15/2018 | 18.3 | 9 | 164.70 | 164.70 |
| Earnings | | | | 164.70 | 164.70 |

### EE Taxes

| Description | Amount | YTD |
|---|---|---|
| OASDI | 10.21 | 10.21 |
| Medicare | 2.39 | 2.39 |
| State Tax - PA | 5.06 | 5.06 |
| SUI-Employee Paid - PA | 0.10 | 0.10 |
| City Tax - CENTR | 1.65 | 1.65 |
| PA LST - CENTR | 2.00 | 2.00 |
| EE Taxes | 21.41 | 21.41 |

### Employer Taxes, Benefits & Misc. Wages

| Description | Amount | YTD |
|---|---|---|
| Medicare (Federal) | 2.39 | 2.39 |
| OASDI (Federal) | 10.21 | 10.21 |
| Employer Taxes, Benefits & Misc. Wages | 12.60 | 12.60 |

### Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 164.70 | 164.70 |
| Medicare - Taxable Wages | 164.70 | 164.70 |
| Federal Withholding - Taxable Wages | 164.70 | 164.70 |

| | Federal | State |
|---|---|---|
| Marital Status | Married | |
| Allowances | 1 | 0 |
| Additional Withholding | 0 | |

### Payment Information

| Bank | Account Name | Account Number | USD Amount | Payment Amount | |
|---|---|---|---|---|---|
| Clearview Federal credit union | Clearview Federal credit union ******3584 | ******3584 | | 143.29 | USD |

The Pennsylvania State University   Payroll Office - 101 James M. Elliott Building   120 South Burrowes Street   State College, PA 16801-3857

| Name | Company | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Carol Lancos | The Pennsylvania State University | 902004254 | 12/23/2018 | 01/05/2019 | 01/18/2019 | |

| | Gross Pay | Post-Tax Deductions | EE Taxes | Pre-Tax Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| YTD | 164.70 | 0.00 | 21.41 | 0.00 | 143.29 |

### Earnings

| Description | Dates | Hours | Rate | Amount | YTD |
|---|---|---|---|---|---|
| Regular Pay (Hourly) | | | | | 164.70 |
| Earnings | | | | 0.00 | 164.70 |

### EE Taxes

| Description | Amount | YTD |
|---|---|---|
| OASDI | 0.00 | 10.21 |
| Medicare | 0.00 | 2.39 |
| State Tax - PA | | 5.06 |
| SUI-Employee Paid - PA | 0.00 | 0.10 |
| City Tax - CENTR | | 1.65 |
| PA LST - CENTR | | 2.00 |
| EE Taxes | 0.00 | 21.41 |

### Employer Taxes, Benefits & Misc. Wages

| Description | Amount | YTD |
|---|---|---|
| Medicare (Federal) | 0.00 | 2.39 |
| OASDI (Federal) | 0.00 | 10.21 |
| Employer Taxes, Benefits & Misc. Wages | 0.00 | 12.60 |

### Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 0.00 | 164.70 |
| Medicare - Taxable Wages | 0.00 | 164.70 |
| Federal Withholding - Taxable Wages | 0.00 | 164.70 |

| | Federal | State |
|---|---|---|
| Marital Status | Married | |
| Allowances | 1 | 0 |
| Additional Withholding | 0 | |

### Payment Information

| Bank | Account Name | Account Number | USD Amount | Payment Amount | |
|---|---|---|---|---|---|
| Clearview Federal credit union | Clearview Federal credit union ******3584 | ******3584 | | 0.00 | USD |



**CENTER TOWNSHIP WATER AUTHORITY**
224 CENTER GRANGE ROAD
ALIQUIPPA, PA 15001
724-774-7960
FAX 724-774-7049

April 6, 2018

RE: Carol A. Lancos
    Center Township Water Authority
    Board Member

To Whom It May Concern:

This letter will certify that Carol A. Lancos, 109 Christy Drive, Monaca PA 15061, is the Board Secretary of the Center Township Water Authority. She receives a MINIMUM of $50.00 bi-monthly for a total of $100.00 each month. She would be paid $50.00 each, for every additional meeting held beyond the scheduled meetings.

Carol's term expires on December 31, 2020, however at that time she can be re-appointed for another five-year term.

Should there be any questions please do not hesitate to contact the undersigned at your convenience.

Regards,

CENTER TOWNSHIP WATER AUTHORITY

*Verna Dugan Sisk*
Verna Dugan Sisk, Chief Clerk