IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Bankruptcy No. 19-20773-GLT |
| Andy S. Lancos, Jr. | : | |
| Carol A. Lancos | : | |
|       Debtors | : | |
| | : | Chapter   13 |
| Andy S. Lancos, Jr. | : | |
| Carol A. Lancos | : | |
|       Movants | : | |
| | : | Related to Document No. _____ |
| v. | : | |
| | : | |
| | : | |
| No Respondents | : | |

# NOTICE REGARDING MODIFICATION TO MAILING MATRIX

In accordance with Local Bankruptcy Rule 1007-1(f) I, John L. Walker, Jr., Esquire, counsel for the debtor(s) in the above-captioned case, hereby certify that the following list of creditors' names and addresses was uploaded through the creditor maintenance option in CM/ECF to the above-captioned case regarding the complete filing of Chapter 13 bankruptcy petition.

By:     __/s/ John L. Walker, Jr., Esquire_____

John L. Walker, Jr., Esquire
McNees, Autenreith, Rackley & Walker
345 Commerce Street, Beaver, PA  15009
PH:  (724) 775-8500
PA ID #27943
jwalker@marwlaw.com

**PAWB Local Form 30 (07/13)**

LVNV Funding/Resurgent Capital
PO Box 10587
Greenville, SC  29603-0587