| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Andy S. Lancos Jr.**<br>First Name    Middle Name    Last Name | Social Security number or ITIN  **xxx–xx–1198**<br>EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | **Carol A. Lancos**<br>First Name    Middle Name    Last Name | Social Security number or ITIN  **xxx–xx–9316**<br>EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court    **WESTERN DISTRICT OF PENNSYLVANIA** | | Date case filed for chapter  **13**  **2/28/19** |
| Case number:    **19–20773–GLT** | | |

Official Form 309I

# Notice of Chapter 13 Bankruptcy Case    12/17

**For the debtors listed above, a case has been filed under chapter 13 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors, the debtors' property, and certain codebtors. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

Confirmation of a chapter 13 plan may result in a discharge. Creditors who assert that the debtors are not entitled to a discharge under 11 U.S.C. § 1328(f) must file a motion objecting to discharge in the bankruptcy clerk's office within the deadline specified in this notice. Creditors who want to have their debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office by the same deadline. (See line 13 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | **About Debtor 1:** | **About Debtor 2:** |
|---|---|---|---|
| 1. | **Debtor's full name** | Andy S. Lancos Jr. | Carol A. Lancos |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 109 Christy Drive<br>Monaca, PA 15061 | 109 Christy Drive<br>Monaca, PA 15061 |
| 4. | **Debtor's attorney**<br>Name and address | John L. Walker Jr.<br>345 Commerce Street<br>Beaver, PA 15009 | Contact phone 724–775–8500<br>Email: jwalker@marwlaw.com |
| 5. | **Bankruptcy trustee**<br>Name and address | Ronda J. Winnecour<br>Suite 3250, USX Tower<br>600 Grant Street<br>Pittsburgh, PA 15219 | Contact phone 412–471–5566<br>Email: cmecf@chapter13trusteewdpa.com |
| 6. | **Bankruptcy clerk's office**<br>Documents in this case may be filed at this address.<br>You may inspect all records filed in this case at this office or online at www.pacer.gov. | U.S. Bankruptcy Court<br>5414 U.S. Steel Tower<br>600 Grant Street<br>Pittsburgh, PA 15219 | Hours open:<br>Mon. – Fri. Pittsburgh Office: 9:00a.m. – 4:30p.m. Erie Office: 9:00a.m. – 4:30p.m.<br>Contact phone 412–644–2700<br>Date: 3/29/19 |

For more information, see page 2

Debtor **Andy S. Lancos Jr.** and **Carol A. Lancos**                                                                                                     Case number **19–20773–GLT**

| | | |
|---|---|---|
| **7. Meeting of creditors**<br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **May 13, 2019 at 09:00 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | **Location:**<br>**3251 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219** |
| **8. Deadlines**<br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **Deadline to file a complaint to challenge dischargeability of certain debts:**<br>**You must file:**<br>• a motion if you assert that the debtors are not entitled to receive a discharge under U.S.C. § 1328(f), or<br>• a complaint if you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4). | **Filing deadline: 7/12/19** |
| | **Deadline for all creditors to file a proof of claim (except governmental units):** | **Filing deadline: 5/9/19** |
| | **Deadline for governmental units to file a proof of claim:** | **Filing deadline: 8/27/19** |
| | **Deadlines for filing proof of claim:**<br> A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office.<br>If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed.<br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **9. Filing of plan** | The debtor has filed a plan. The plan is enclosed. The hearing on confirmation will be held on:<br>**5/13/19** at **09:00 AM** , Location: **3251 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219** | |
| **10. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadline in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **11. Filing a chapter 13 bankruptcy case** | Chapter 13 allows an individual with regular income and debts below a specified amount to adjust debts according to a plan. A plan is not effective unless the court confirms it. You may object to confirmation of the plan and appear at the confirmation hearing. A copy of the plan, if not enclosed, will be sent to you later, and if the confirmation hearing is not indicated on this notice, you will be sent notice of the confirmation hearing. The debtor will remain in possession of the property and may continue to operate the business, if any, unless the court orders otherwise. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors, even if the case is converted to chapter 7. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at  www.pacer.gov. If you believe that the law does not authorize an exemption that debtors claimed, you may file an objection by the deadline. | |
| **13. Discharge of debts** | Confirmation of a chapter 13 plan may result in a discharge of debts, which may include all or part of a debt. However, unless the court orders otherwise, the debts will not be discharged until all payments under the plan are made. A discharge means that creditors may never try to collect the debt from the debtors personally except as provided in the plan. If you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4), you must file a complaint and pay the filing fee in the bankruptcy clerk's office by the deadline. If you believe that the debtors are not entitled to a discharge of any of their debts under 11 U.S.C. § 1328(f), you must file a motion. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 8. | |

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                              Case No. 19-20773-GLT
Andy S. Lancos, Jr.                                                 Chapter 13
Carol A. Lancos
         Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: aala              Page 1 of 2              Date Rcvd: Mar 29, 2019
                              Form ID: 309I           Total Noticed: 49

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 31, 2019.
```
db              #+Andy S. Lancos, Jr.,    109 Christy Drive,    Monaca, PA 15061-2526
jdb             #+Carol A. Lancos,    109 Christy Drive,    Monaca, PA 15061-2526
aty              +James Warmbrodt,    KML Law Group, P.C.,    701 Market Street,    Suite 5000,
                   Philadelphia, PA 19106-1541
aty              +Keri P. Ebeck,    Bernstein-Burkley,    707 Grant Street,    Suite 2200 Gulf Tower,
                   Pittsburgh, PA 15219-1945
aty              +S. James Wallace,    845 N. Lincoln Avenue,    Pittsburgh, PA 15233-1828
tr               +Ronda J. Winnecour,    Suite 3250, USX Tower,    600 Grant Street,    Pittsburgh, PA 15219-2702
15002829         +Citi/Sears,    Citibank/Centralized Bankruptcy,    Po Box 790034,    St Louis, MO 63179-0034
15002830         +Citibank/Best Buy,    Attn: Recovery/Centralized Bankruptcy,    Po Box 790034,
                   St Louis, MO 63179-0034
15002832          Clearview Federal Cu,    1453 Beers School,    Coraopolis, PA 15108
15002835         +Duquesne Light,    P.O. Box 67,    Pittsburgh, PA 15267-0067
15002837         +FedLoan Servicing,    Attn: Bankruptcy,    Po Box 69184,    Harrisburg, PA 17106-9184
15002838         +Global Payments,    Po Box 66118,    Chicago, IL 60666-0097
15002839         +Hsbc/boscv,    Capital One Attn: Bankruptcy Dept.,    Po Box 30258,
                   Sault Lake City, UT 84130-0258
15002842         +KLM Law Group, PC,    Suite 5000 - BNY Independence Center,    701 Market Street,
                   Philadelphia, PA 19106-1538
15002843         +Lakeview Loan Servicing, LLC,    4425 Ponce DeLeon Blvd.,    Mail Stop Ms/251,
                   Coral Cables, FL 33146-1837
15002844         +Lendmark Financial Services,    1735 North Brown Road,    Suite 300,
                   Lawrenceville, GA 30043-8228
15002848          Peoples Gas,    PO Box 644760,    Pittsburgh, PA 15264-4760
15016173         +Peoples Natural Gas Company LLC,    c/o S. James Wallace, P.C.,    845 N. Lincoln Avenue,
                   Pittsburgh, PA 15233-1828
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
aty              E-mail/Text: jwalker@marwlaw.com Mar 30 2019 02:44:29      John L. Walker, Jr.,
                 345 Commerce Street,    Beaver, PA 15009
smg              E-mail/Text: RVSVCBICNOTICE1@state.pa.us Mar 30 2019 02:45:11      Pennsylvania Dept. of Revenue,
                 Department 280946,    P.O. Box 280946,    ATTN: BANKRUPTCY DIVISION,
                 Harrisburg, PA  17128-0946
ust             +E-mail/Text: ustpregion03.pi.ecf@usdoj.gov Mar 30 2019 02:45:25
                 Office of the United States Trustee,    Liberty Center.,    1001 Liberty Avenue, Suite 970,
                 Pittsburgh, PA 15222-3721
cr              +E-mail/Text: kburkley@bernsteinlaw.com Mar 30 2019 02:46:07      Duquesne Light Company,
                 c/o Bernstein-Burkley, P.C.,    707 Grant Street, Suite 2200, Gulf Tower,
                 Pittsburgh, PA 15219-1945
cr              +EDI: PRA.COM Mar 30 2019 06:28:00      PRA Receivables Management, LLC,    PO Box 41021,
                 Norfolk, VA 23541-1021
15002824         EDI: BANKAMER.COM Mar 30 2019 06:28:00      Bank Of America,    Attn: Bankruptcy,    Po Box 982238,
                 El Paso, TX 79998
15002825        +EDI: CAPITALONE.COM Mar 30 2019 06:28:00      Capital One,    Attn: Bankruptcy,    Po Box 30285,
                 Salt Lake City, UT 84130-0285
15002826        +EDI: CAPONEAUTO.COM Mar 30 2019 06:33:00      Capital One Auto Finance,    Attn: Bankruptcy,
                 Po Box 30285,    Salt Lake City, UT 84130-0285
15013666         EDI: CAPITALONE.COM Mar 30 2019 06:28:00      Capital One Bank (USA), N.A.,
                 by American InfoSource as agent,    PO Box 71083,    Charlotte, NC  28272-1083
15002828        +EDI: CHASE.COM Mar 30 2019 06:28:00      Chase Card Services,    Attn: Bankruptcy,    Po Box 15298,
                 Wilmington, DE 19850-5298
15002827        +EDI: CHASE.COM Mar 30 2019 06:28:00      Chase Card Services,    Attn: Correspondence/Bankruptcy,
                 Po Box 15298,    Wilminton, DE 19850-5298
15002831        +E-mail/Text: bankruptcy@clearviewfcu.org Mar 30 2019 02:45:25      Clearview Cu,
                 Attn: Bankruptcy,    8805 University Blvd,    Moon Township, PA 15108-4212
15002833        +EDI: WFNNB.COM Mar 30 2019 06:28:00      ComenityCapital/Boscov,    Attn: Bankruptcy Dept,
                 Po Box 182125,    Columbus, OH 43218-2125
15002834        +EDI: RCSFNBMARIN.COM Mar 30 2019 06:28:00      Credit One Bank,    Attn: Bankruptcy Department,
                 Po Box 98873,    Las Vegas, NV 89193-8873
15002836        +E-mail/Text: bankrupt-adjdept@wesbanco.com Mar 30 2019 02:45:51      Esb Bank F.s.b.,
                 600 Lawrence Ave,    Ellwood City, PA 16117-1930
15002840        +E-mail/Text: bankruptcy@huntington.com Mar 30 2019 02:45:23      Huntington Natl Bk,
                 Attn: Bankruptcy,    Po Box 340996,    Columbus, OH 43234-0996
15002841         EDI: IRS.COM Mar 30 2019 06:33:00      Internal Revenue Service,    Federal Payment Levy Program,
                 Stop 5050, Annex 5,    PO Box 219236,    Kansas City, MO 64121-9236
15009611         EDI: RESURGENT.COM Mar 30 2019 06:28:00      LVNV Funding, LLC,    Resurgent Capital Services,
                 PO Box 10587,    Greenville, SC 29603-0587
15002845        +EDI: RESURGENT.COM Mar 30 2019 06:28:00      LVNV Funding/Resurgent Capital,    Attn: Bankruptcy,
                 Po Box 10497,    Greenville, SC 29603-0497
15021373         EDI: RESURGENT.COM Mar 30 2019 06:28:00      LVNV Funding/Resurgent Capital,    PO Box 10587,
                 Greenville, NC 29603-0587
15002846         E-mail/Text: camanagement@mtb.com Mar 30 2019 02:44:54      M & T Bank,    Attn: Bankruptcy,
                 Po Box 844,    Buffalo, NY 14240
```

```
District/off: 0315-2           User: aala                    Page 2 of 2                   Date Rcvd: Mar 29, 2019
                               Form ID: 309I                 Total Noticed: 49
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
15002850        EDI: PRA.COM Mar 30 2019 06:28:00       Portfolio Recovery,    P.O. Box 12914,    Norfolk, VA 23541
15002849       +EDI: PRA.COM Mar 30 2019 06:28:00       Portfolio Recovery,    Po Box 41021,
                 Norfolk, VA 23541-1021
15002851        EDI: AGFINANCE.COM Mar 30 2019 06:28:00       Springleaf Financial S,    Po Box 196,
                 Monaca, PA 15061
15003579       +EDI: RMSC.COM Mar 30 2019 06:33:00       Synchrony Bank,   c/o of PRA Receivables Management, LLC,
                 PO Box 41021,    Norfolk, VA 23541-1021
15002852       +EDI: RMSC.COM Mar 30 2019 06:33:00       Synchrony Bank/Lowes,    Attn: Bankruptcy,
                 Po Box 965060,    Orlando, FL 32896-5060
15002853       +EDI: RMSC.COM Mar 30 2019 06:33:00       Synchrony Bank/Sams,   Attn: Bankruptcy,    Po Box 965060,
                 Orlando, FL 32896-5060
15002854       +EDI: RMSC.COM Mar 30 2019 06:33:00       Synchrony Bank/Sams Club,    Attn: Bankruptcy Dept,
                 Po Box 965060,    Orlando, FL 32896-5060
15002855       +EDI: WTRRNBANK.COM Mar 30 2019 06:28:00       Target,   Attn: Bankruptcy,   Po Box 9475,
                 Minneapolis, MN 55440-9475
15002856       +E-mail/Text: bankrupt-adjdept@wesbanco.com Mar 30 2019 02:45:51       Wesbanco Bank Inc.,
                 1 Bank Plz,   Wheeling, WV 26003-3565
15002857       +E-mail/Text: ebankruptcy@woodforest.com Mar 30 2019 02:45:51       Woodforest National Bank,
                 Attn: Bankruptcy,    Po Box 7889,   The Woodlands, TX 77387-7889
                                                                                              TOTAL: 31

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              M&T Bank as servicer for Lakeview Loan Servicing,
cr*            +Peoples Natural Gas Company LLC,    c/o S. James Wallace, P.C.,    845 N. Lincoln Ave.,
                 Pittsburgh, PA 15233-1828
15002847       ##+Northwest Consumer Dis,    1602 7th Ave,   Beaver Falls, PA 15010-4012
                                                                                   TOTALS: 1, * 1, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 31, 2019                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 29, 2019 at the address(es) listed below:
```
          James   Warmbrodt    on behalf of Creditor   M&T Bank as servicer for Lakeview Loan Servicing, LLC
            bkgroup@kmllawgroup.com
          John L. Walker, Jr.    on behalf of Debtor Andy S. Lancos, Jr. jwalker@marwlaw.com,
            karen.w@marwlaw.com
          John L. Walker, Jr.    on behalf of Joint Debtor Carol A. Lancos jwalker@marwlaw.com,
            karen.w@marwlaw.com
          Keri P. Ebeck    on behalf of Creditor   Duquesne Light Company kebeck@bernsteinlaw.com,
            jbluemle@bernsteinlaw.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
          S. James Wallace    on behalf of Creditor   Peoples Natural Gas Company LLC sjw@sjwpgh.com,
            srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
                                                                                             TOTAL: 7
```