IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Bankruptcy No. 19-20773-GLT |
| Andy S. Lancos, Jr. | : | |
| Carol A. Lancos | : | Chapter 13 |
|     Debtors | : | |
| | : | |
| Andy S. Lancos, Jr. | : | Document No. _____ |
| Carol A. Lancos | : | |
|     Movants | : | |
| | : | |
|     v. | : | |
| | : | |
| | : | |
| No Respondent | : | |

NOTICE OF CHANGE OF ADDRESS

Undeliverable Address:

    Creditor Name:    Northwest Consumer Discount

    Incorrect Address:    1602 7th Avenue, Beaver Falls, PA  15010


Corrected Address:

    Creditor Name:    Northwest Consumer Discount

    Correct Address:    342 Main Street, Wampum, PA  16157

Dated   4/5/19                          /s/ John L. Walker, Jr., Esquire

                                            Electronic Signature of Debtor(s)' Attorney

                                            John L. Walker, Jr., Esquire
                                            Typed Name

                                            345 Commerce Street, Beaver, PA  15009
                                            Address

                                            (724) 775-8500
                                            Phone No.
                                            PA ID No. 27943

                                            Bar I.D. and State of Admission

                                            jwalker@marwlaw.com