IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Bankruptcy No. 19-20773-GLT |
| Andy S. Lancos, Jr. | : | |
| Carol A. Lancos | : | Chapter 13 |
|     Debtors | : | |
| | : | |
| Andy S. Lancos, Jr. | : | |
| Carol A. Lancos | : | Document No. ___ |
|     Movants | : | |
| | : | |
|     v. | : | |
| | : | |
| | : | |
| No Respondents | : | |

## NOTICE OF CHANGE OF ADDRESS

Undeliverable Address:

    Debtor Name:  Andy S. Lancos, Jr. & Carol A. Lancos

    Incorrect Address:  109 Christy Drive, Monaca, PA  15061


Corrected Address:

    Debtor Name:  Andy S. Lancos, Jr. and Carol A. Lancos

    Correct Address:  P.O. Box 45, 109 Christy Drive, Monaca, PA  15061


Dated   4/10/19                                         /s/ John L. Walker, Jr., Esquire

                                                                         Electronic Signature of Debtor(s)' Attorney

                                                                         John L. Walker, Jr., Esquire
                                                                         Typed Name

                                                                         345 Commerce Street, Beaver, PA  15009
                                                                         Address

                                                                         (724) 775-8500
                                                                         Phone No.
                                                                         PA ID No. 27943

                                                                         Bar I.D. and State of Admission

                                                                         jwalker@marwlaw.com