# IN THE UNITED STATES BANKRUPTCY COURT
## OF THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | |
|     ANDY S. LANCOS, JR. ) | BANKRUPTCY NO.: 19-20773-GLT |
|     and CAROL A. LANCOS ) | |
|         Debtors ) | CHAPTER 7 |
| ) | |
| WESBANCO BANK, INC., ) | |
|         Movant ) | RELATED TO DOCUMENT NO. ___ |
| v. ) | |
| ANDY S. LANCOS, JR. ) | HEARING DATE & TIME |
| and CAROL A. LANCOS ) | |
|         Respondent. ) | June 5, 2019 AT 9:00 a.m. |
| ) | |

## NOTICE OF HEARING WITH RESPONSE DEADLINE REGARDING MOTION FOR RELIEF FROM THE AUTOMATIC STAY

TO THE RESPONDENT:

    You are hereby notified that the above Movant seeks an order affecting your rights or property.

    You are further notified to file with the Clerk and serve upon the undersigned attorney for Movant a response to the motion no later than May 16, 2019, i.e., fourteen (14) days from the date of this notice plus an additional three (3) days if served by mail, in accordance with the Federal Rules of Bankruptcy Procedure, Local Rules and Procedures of this Court, and the procedures of the presiding Judge as found on the Judge's Web Page at www.pawb.uscourts.gov.  If you fail to timely respond, the Motion may be granted by the Court by default without a hearing.

    You should take this to your lawyer at once.

    A hearing will be held on June 5**, 2019, at 9:00 a.m.** before Judge Gregory L. Taddonio in Courtroom A, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA  15219.  Only a limited time of 15 minutes is being provided on the calendar.  No witnesses will be heard.  If there is an issue of fact, an evidentiary hearing will be scheduled at a later date by the Court.  An order granting the relief sought may be entered and the hearing may not be held if you do not timely file and serve a written response.

| | |
|---|---|
| Date of mailing or other service: | Attorney for Movant/Applicant: |
| | |
|    May 2, 2019 | /s/ *Andrew R. Thalman* |
| | Andrew R. Thalman, Esq. |
| | PHILLIPS, GARDILL, KAISER & ALTMEYER, PLLC |
| | 61 Fourteenth Street |
| | Wheeling, WV  26003 |
| | T: (304) 232-6810; F: (304) 232-4918 |
| | PA Bar ID No. 207466 |
| | Email: andrewthalman@pgka.com |

{P0287962.1}

# IN THE UNITED STATES BANKRUPTCY COURT
# OF THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | |
|     ANDY S. LANCOS, JR. ) | BANKRUPTCY NO.: 19-20773-GLT |
|     and CAROL A. LANCOS ) | |
|         Debtors ) | CHAPTER 7 |
| ) | |
| WESBANCO BANK, INC., ) | |
|         Movant ) | RELATED TO DOCUMENT NO. ___ |
| v. ) | |
| ANDY S. LANCOS, JR. ) | HEARING DATE & TIME |
| and CAROL A. LANCOS ) | |
|         Respondent. ) | June 5, 2019 AT 9:00 a.m. |
| ) | |

## CERTIFICATE OF SERVICE

    I, Andrew R. Thalman, the undersigned, certify that I served or cause to be served, on May 2, 2019, a copy of the NOTICE OF HEARING WITH RESPONSE DEADLINE REGARDING MOTION FOR RELIEF FROM THE AUTOMATIC STAY by United States Mail, First Class, postage prepaid, or as shown below on the following:

Office of the United States Trustee
Western District of Pennsylvania
Liberty Center
1001 Liberty Avenue, Suite 970
Pittsburgh, PA  15222
uspregion03.pi.ecf@usdoj.gov
*U.S. Trustee*
*via ECF delivery system*

Ronda J. Winnecour, Esq.
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA  15219
cmecf@chapter13trusteewdpa.com
*Trustee*
*via ECF delivery system*

John L. Walker, Jr.
345 Commerce Street
Beaver, PA  15009
jwalker@marwlaw.com
*Debtor's Counsel*
*Via ECF delivery system*

{P0287962.1}

Andy S. Lancos, Jr.
109 Christy Drive
Monaca, PA  15061
*Debtor*
*via U.S. Mail, First Class*

Carol A. Lancos
109 Christy Drive
Monaca, PA  15061
*Debtor*
*Via U.S. Mail, First Class*

Date   May 2, 2019                Respectfully submitted,

                                  */s/ Andrew R. Thalman*
                                  Andrew R. Thalman, Esq.
                                  PHILLIPS,GARDILL, KAISER & ALTMEYER, PLLC
                                  61 Fourteenth Street, Wheeling, WV  26003
                                  T:  (304) 232-6810; F:  (304) 232-4918
                                  PA Bar ID No. 207466
                                  Email: andrewthalman@pgka.com
                                  *Counsel for WesBanco Bank, Inc.*