Form 213

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**Andy S. Lancos Jr.
Carol A. Lancos**
  Debtor(s)

Bankruptcy Case No.: 19−20773−GLT
Related to Docket No. 46
Chapter: 13
Docket No.: 47 − 46
Concil. Conf.: May 14, 2020 at 09:00 AM

## ORDER

**WHEREAS,** the Trustee filed and served a *Certificate of Default Requesting Dismissal of Case,* alleging that the Debtor(s) failed to make regular plan payments and are in material default under the plan,

**IT IS HEREBY ORDERED** that, on or before **April 3, 2020,** Debtor(s) must file *Documentary Proof of Payment* according to the accompanying *Instructions,* together with either:

1. a *Notarized Affidavit* or *Declaration* under penalty of perjury that states Debtor(s)' current mailing address and includes an explanation of Debtor(s)' failure to comply with the current plan payment and/or a statement setting forth why the Debtor(s) dispute the *Certificate of Default;*

**OR**

2. a *Notice of Proposed Modification to Confirmed Plan* and an *Amended Plan* to cure the plan defaults. Debtor(s) must make all plan payments in accordance with the *Amended Plan* pending its confirmation. If the Debtor(s) default on such plan payments, and if the Trustee moves for dismissal of this case, the case will be **DISMISSED,** without further notice or hearing.

**IT IS FURTHER ORDERED** that, if the Debtor(s) elect to file an *Amended Plan,* the Debtor(s) must immediately serve a copy of the *Notice of Proposed Modification to Confirmed Plan,* the *Amended Plan,* and the *Documentary Proof of Payment* on the Chapter 13 Trustee and all parties on the mailing matrix and file a *Certificate of Service* with the Clerk.

On or before **April 23, 2020,** if the Debtor(s) elect to file an *Amended Plan,* all *Objections* must be filed and served on the Debtor(s), Chapter 13 Trustee and any creditor whose claim is the subject of the *Objection.* Any creditor who files a timely *Objection* must appear at the scheduled Conciliation Conference. Untimely *Objections* will not be considered.

On **May 14, 2020** at **09:00 AM** a Conciliation Conference (on plan defaults or the *Amended Plan)* will occur with the Chapter 13 Trustee at 3251 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219.

If the Parties cannot resolve all disputes at the conciliation conference, a hearing will be scheduled and orally announced at the conclusion of the conference without any further written notice to any party. Parties are directed to monitor the Court's docket and read the Chapter 13 Trustee's minutes of the conciliation conference to the extent such parties desire more information regarding the outcome of the conciliation conference.

This case will be **DISMISSED WITHOUT PREJUDICE** and no hearing or conference shall take place, unless the Debtor(s) comply fully with this *Order* by filing and serving all of the required items.

Dated: February 18, 2020

cm: All Creditors and Parties In Interest

Gregory L. Taddonio, Judge
United States Bankruptcy Court

Case 19-20773-GLT    Doc 48    Filed 02/20/20    Entered 02/21/20 00:51:19    Desc Imaged
Certificate of Notice    Page 2 of 5

## INSTRUCTIONS FOR DOCUMENTARY PROOF OF PAYMENT

In response to the Trustee's *Certificate of Default Requesting Dismissal of Case,* Debtor(s) must file *Documentary Proof of Payment* that at least one full plan payment has been submitted to the Trustee since the Trustee filed and served the *Certificate of Default.*

The *Documentary Proof of Payment* must include a copy of a money order, cashier's check, earnings statement(s) or pay stub(s) showing payroll or benefit deduction(s) used to make the plan payment.

The *Documentary Proof of Payment* must also include a copy of the Trustee's printout of the Debtor(s)' payment history of receipts (available on the Trustee's website) indicating the amounts and dates of payments received by the Trustee.

Debtor(s)' case name and bankruptcy case number must be included on the payment.

The plan payment must be sent to the Chapter 13 Trustee's lock box bank account addressed to:

> Ronda J. Winnecour, Trustee
> P.O. Box 84051
> Chicago, IL 60689−4002

United States Bankruptcy Court
Western District of Pennsylvania

```
In re:                                                              Case No. 19-20773-GLT
Andy S. Lancos, Jr.                                                 Chapter 13
Carol A. Lancos
        Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0315-2           User: jhel              Page 1 of 2              Date Rcvd: Feb 18, 2020
                               Form ID: 213            Total Noticed: 48
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 20, 2020.
```
db/jdb         +Andy S. Lancos, Jr.,    Carol A. Lancos,    P.O. Box 45,    109 Christy Drive,
                 Monaca, PA 15061-2526
15002824      ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
               (address filed with court: Bank Of America,    Attn: Bankruptcy,    Po Box 982238,
                 El Paso, TX 79998)
15002828       +Chase Card Services,    Attn: Bankruptcy,    Po Box 15298,    Wilmington, DE 19850-5298
15002827       +Chase Card Services,    Attn: Correspondence/Bankruptcy,    Po Box 15298,
                 Wilminton, DE 19850-5298
15002829       +Citi/Sears,    Citibank/Centralized Bankruptcy,    Po Box 790034,    St Louis, MO 63179-0034
15002830       +Citibank/Best Buy,    Attn: Recovery/Centralized Bankruptcy,    Po Box 790034,
                 St Louis, MO 63179-0034
15002832        Clearview Federal Cu,    1453 Beers School,    Coraopolis, PA 15108
15002835       +Duquesne Light,    P.O. Box 67,    Pittsburgh, PA 15267-0067
15031255        Educational Credit Management Corporation,     P.O. Box 16408,    St. Paul, MN 551160408
15002837       +FedLoan Servicing,    Attn: Bankruptcy,    Po Box 69184,    Harrisburg, PA 17106-9184
15002838       +Global Payments,    Po Box 66118,    Chicago, IL 60666-0097
15002839       +Hsbc/boscv,    Capital One Attn: Bankruptcy Dept.,    Po Box 30258,
                 Sault Lake City, UT 84130-0258
15002842       +KLM Law Group, PC,    Suite 5000 - BNY Independence Center,    701 Market Street,
                 Philadelphia, PA 19106-1538
15002843       +Lakeview Loan Servicing, LLC,    4425 Ponce DeLeon Blvd.,    Mail Stop Ms/251,
                 Coral Cables, FL 33146-1873
15002844       +Lendmark Financial Services,    1735 North Brown Road,    Suite 300,
                 Lawrenceville, GA 30043-8228
15002847       +Northwest Consumer Discount,    342 Main Street,    Wampum, PA 16157-4311
15002848        Peoples Gas,    PO Box 644760,    Pittsburgh, PA 15264-4760
15016173       +Peoples Natural Gas Company LLC,    c/o S. James Wallace, P.C.,    845 N. Lincoln Avenue,
                 Pittsburgh, PA 15233-1828
15002855       +Target,    Attn: Bankruptcy,    Po Box 9475,    Minneapolis, MN 55440-9475
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr             +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 19 2020 03:10:59
                 PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
cr             +E-mail/Text: bankrupt-adjdept@wesbanco.com Feb 19 2020 03:12:24      Wesbanco Bank Inc,
                 1 Bank Plaza,    Wheeling, WV 26003-3565
15002825       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Feb 19 2020 03:10:57      Capital One,
                 Attn: Bankruptcy,    Po Box 30285,    Salt Lake City, UT 84130-0285
15002826       +E-mail/PDF: AIS.COAF.EBN@Americaninfosource.com Feb 19 2020 03:11:17
                 Capital One Auto Finance,    Attn: Bankruptcy,    Po Box 30285,    Salt Lake City, UT 84130-0285
15013666        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Feb 19 2020 03:10:58
                 Capital One Bank (USA), N.A.,    by American InfoSource as agent,    PO Box 71083,
                 Charlotte, NC  28272-1083
15002831       +E-mail/Text: bankruptcy@clearviewfcu.org Feb 19 2020 03:12:11      Clearview Cu,
                 Attn: Bankruptcy,    8805 University Blvd,    Moon Township, PA 15108-4212
15002833       +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Feb 19 2020 03:11:52      ComenityCapital/Boscov,
                 Attn: Bankruptcy Dept,    Po Box 182125,    Columbus, OH 43218-2125
15002834       +E-mail/PDF: creditonebknotifications@resurgent.com Feb 19 2020 03:10:44      Credit One Bank,
                 Attn: Bankruptcy Department,    Po Box 98873,    Las Vegas, NV 89193-8873
15044939       +E-mail/Text: kburkley@bernsteinlaw.com Feb 19 2020 03:12:37      Duquesne Light Company,
                 c/o Bernstein-Burkley, P.C.,    707 Grant St., Suite 2200, Gulf Tower,
                 Pittsburgh, PA 15219-1945
15002836       +E-mail/Text: bankrupt-adjdept@wesbanco.com Feb 19 2020 03:12:24      Esb Bank F.s.b.,
                 600 Lawrence Ave,    Ellwood City, PA 16117-1930
15002840       +E-mail/Text: bankruptcy@huntington.com Feb 19 2020 03:12:09      Huntington Natl Bk,
                 Attn: Bankruptcy,    Po Box 340996,    Columbus, OH 43234-0996
15002841        E-mail/Text: cio.bncmail@irs.gov Feb 19 2020 03:11:46      Internal Revenue Service,
                 Federal Payment Levy Program,    Stop 5050, Annex 5,    PO Box 219236,
                 Kansas City, MO 64121-9236
15022285        E-mail/Text: ktramble@lendmarkfinancial.com Feb 19 2020 03:11:37
                 Lendmark Financial Services, LLC,    2118 Usher Street,    Covington, Ga. 30014
15009611        E-mail/PDF: resurgentbknotifications@resurgent.com Feb 19 2020 03:10:45      LVNV Funding, LLC,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
15002845       +E-mail/PDF: resurgentbknotifications@resurgent.com Feb 19 2020 03:11:02
                 LVNV Funding/Resurgent Capital,    Attn: Bankruptcy,    Po Box 10497,
                 Greenville, SC 29603-0497
15021373        E-mail/PDF: resurgentbknotifications@resurgent.com Feb 19 2020 03:11:01
                 LVNV Funding/Resurgent Capital,    PO Box 10587,    Greenville, NC  29603-0587
15002846        E-mail/Text: camanagement@mtb.com Feb 19 2020 03:11:48      M & T Bank,    Attn: Bankruptcy,
                 Po Box 844,    Buffalo, NY 14240
15049685        E-mail/Text: camanagement@mtb.com Feb 19 2020 03:11:48      M&T Bank,    P.O. Box 0840,
                 Buffalo, NY 14240-0840
15002850        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 19 2020 03:10:59
                 Portfolio Recovery,    P.O. Box 12914,    Norfolk, VA 23541
```

```
District/off: 0315-2            User: jhel                Page 2 of 2                Date Rcvd: Feb 18, 2020
                                Form ID: 213              Total Noticed: 48
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)
```
15049581         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 19 2020 03:25:21
                   Portfolio Recovery Associates, LLC,   POB 12914,    Norfolk VA 23541
15002849        +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 19 2020 03:10:43
                   Portfolio Recovery,   Po Box 41021,    Norfolk, VA 23541-1021
15045093         E-mail/Text: bnc-quantum@quantum3group.com Feb 19 2020 03:11:57
                   Quantum3 Group LLC as agent for,   Comenity Capital Bank,   PO Box 788,
                   Kirkland, WA 98083-0788
15002851         E-mail/PDF: cbp@onemainfinancial.com Feb 19 2020 03:10:37      Springleaf Financial S,
                   Po Box 196,   Monaca, PA 15061
15003579        +E-mail/PDF: gecsedi@recoverycorp.com Feb 19 2020 03:10:56      Synchrony Bank,
                   c/o of PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
15002852        +E-mail/PDF: gecsedi@recoverycorp.com Feb 19 2020 03:10:57      Synchrony Bank/Lowes,
                   Attn: Bankruptcy,   Po Box 965060,    Orlando, FL 32896-5060
15002853        +E-mail/PDF: gecsedi@recoverycorp.com Feb 19 2020 03:10:57      Synchrony Bank/Sams,
                   Attn: Bankruptcy,   Po Box 965060,    Orlando, FL 32896-5060
15002854        +E-mail/PDF: gecsedi@recoverycorp.com Feb 19 2020 03:10:57      Synchrony Bank/Sams Club,
                   Attn: Bankruptcy Dept,   Po Box 965060,   Orlando, FL 32896-5060
15002856        +E-mail/Text: bankrupt-adjdept@wesbanco.com Feb 19 2020 03:12:24      Wesbanco Bank Inc.,
                   1 Bank Plz,   Wheeling, WV 26003-3565
15002857        +E-mail/Text: ebankruptcy@woodforest.com Feb 19 2020 03:12:25      Woodforest National Bank,
                   Attn: Bankruptcy,   Po Box 7889,   The Woodlands, TX 77387-7889
                                                                                              TOTAL: 29

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr               M & T Bank
cr               M&T Bank as servicer for Lakeview Loan Servicing,
cr*             +Duquesne Light Company,   c/o Bernstein-Burkley, P.C.,
                   707 Grant Street, Suite 2200, Gulf Tower,   Pittsburgh, PA 15219-1945
cr*             +Peoples Natural Gas Company LLC,   c/o S. James Wallace, P.C.,   845 N. Lincoln Ave.,
                   Pittsburgh, PA 15233-1828
                                                                                   TOTALS: 2, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 20, 2020                                            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 18, 2020 at the address(es) listed below:
```
              Andrew R. Thalman    on behalf of Creditor    Wesbanco Bank Inc andrewthalman@pgka.com
              James Warmbrodt     on behalf of Creditor    M&T Bank as servicer for Lakeview Loan Servicing, LLC
               bkgroup@kmllawgroup.com
              John L. Walker, Jr.    on behalf of Debtor Andy S. Lancos, Jr. jwalker@marwlaw.com,
               karen.w@marwlaw.com
              John L. Walker, Jr.    on behalf of Joint Debtor Carol A. Lancos jwalker@marwlaw.com,
               karen.w@marwlaw.com
              Keri P. Ebeck    on behalf of Creditor    Duquesne Light Company kebeck@bernsteinlaw.com,
               jbluemle@bernsteinlaw.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com,
               srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
                                                                                              TOTAL: 8
```