**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Carol A. Lancos | **BK NO. 19-20773 GLT** |
|      Andy S. Lancos, Jr. | |
|               **Debtor(s)** | **Chapter 13** |
| | |
| Lakeview Loan Servicing, LLC | |
|            **Movant** | |
|   vs. | |
| Carol A. Lancos | |
| Andy S. Lancos, Jr. | |
|               **Debtor(s)** | |
| | |
| Ronda J. Winnecour, | |
| Trustee | |

**CERTIFICATE OF SERVICE OF**
**Default Order on Motion for Relief from the Automatic Stay**

I, James C. Warmbrodt, of KML Law Group, P.C., certify that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on April 6, 2020, I served the above captioned pleading, filed in the proceeding on the parties at the addresses shown below;

Debtor(s)
Carol A. Lancos
P.O. Box 45
109 Christy Drive
Monaca, PA 15061

Andy S. Lancos, Jr.
P.O. Box 45
109 Christy Drive
Monaca, PA 15061

Attorney for Debtor(s)
John L. Walker, Jr.
345 Commerce Street
Beaver, PA 15009

Trustee
Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219

Method of Service: electronic means or first class mail

Dated: April 6, 2020

**/s/James C. Warmbrodt, Esquire**
James C. Warmbrodt, Esquire
Attorney I.D. No. 42524
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
412-430-3594
jwarmbrodt@kmllawgroup.com