Form 309

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | | |
|---|---|---|
| **Andy S. Lancos Jr.** : | Case No. 19−20773−GLT |
| **Carol A. Lancos** : | Chapter: 13 |
| *Debtor(s)* : | |
| : | |
| : | |
| : | Related to Docket No. 46 |
| : | |

# ORDER DISMISSING CASE WITHOUT PREJUDICE AND
# TERMINATING WAGE ATTACHMENT

*AND NOW,* this *The 29th of April, 2020,* after notice and hearing and the Debtor(s) having failed to comply with the requirements of the *Bankruptcy Code*, the *Local Rules* of this Court and/or an Order of Court, it is hereby **ORDERED, ADJUDGED and DECREED** as follows:

(1)   The above−captioned case is **DISMISSED, without prejudice**. The Debtor(s) remain legally liable for all his/her/their debts as if the bankruptcy petition had not been filed. Creditor collection remedies are reinstated pursuant to *11 U.S.C. §349*. Creditors are directed to *11 U.S.C. §108(c)* for time limits on filing a lawsuit to collect. ***Generally, a creditor's lawsuit must be filed either before the time deadline imposed by state law for filing runs, or (30) thirty days after date of this Order, whichever is later.***

(2)   Each income attachment issued in this case is now terminated. So that each employer and entity subject to an attachment Order knows to stop the attachment, the Debtor(s) shall immediately serve a copy of this order on each such employer and entity.

(3)   The Court retains jurisdiction over the Trustee's Report of Receipts and Disbursements and Final Report and Account. Upon submission of the UST Form 13−FR−S: Chapter 13 Standing Trustee's Final Report and Account, the Trustee is discharged from her duties in this case and this case will be closed without further order of Court.

(4)   The Clerk shall give notice to all creditors of this dismissal.

_____
Gregory L. Taddonio, Judge
United States Bankruptcy Court

Case Administrators to serve:
All Creditors and All Parties In Interest

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                              Case No. 19-20773-GLT
Andy S. Lancos, Jr.                                                 Chapter 13
Carol A. Lancos
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2           User: dbas                Page 1 of 2             Date Rcvd: Apr 29, 2020
                               Form ID: 309              Total Noticed: 48

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 01, 2020.
db/jdb         +Andy S. Lancos, Jr.,   Carol A. Lancos,   P.O. Box 45,   109 Christy Drive,
                 Monaca, PA 15061-2526
15002829       +Citi/Sears,   Citibank/Centralized Bankruptcy,   Po Box 790034,   St Louis, MO 63179-0034
15002830       +Citibank/Best Buy,   Attn: Recovery/Centralized Bankruptcy,   Po Box 790034,
                 St Louis, MO 63179-0034
15002832        Clearview Federal Cu,   1453 Beers School,   Coraopolis, PA 15108
15002835       +Duquesne Light,   P.O. Box 67,   Pittsburgh, PA 15267-0067
15002837       +FedLoan Servicing,   Attn: Bankruptcy,   Po Box 69184,   Harrisburg, PA 17106-9184
15002838       +Global Payments,   Po Box 66118,   Chicago, IL 60666-0097
15002839       +Hsbc/boscv,   Capital One Attn: Bankruptcy Dept.,   Po Box 30258,
                 Sault Lake City, UT 84130-0258
15002842       +KLM Law Group, PC,   Suite 5000 - BNY Independence Center,   701 Market Street,
                 Philadelphia, PA 19106-1538
15002843       +Lakeview Loan Servicing, LLC,   4425 Ponce DeLeon Blvd.,   Mail Stop Ms/251,
                 Coral Cables, FL 33146-1873
15002844       +Lendmark Financial Services,   1735 North Brown Road,   Suite 300,
                 Lawrenceville, GA 30043-8228
15002847       +Northwest Consumer Discount,   342 Main Street,   Wampum, PA 16157-4311
15002848        Peoples Gas,   PO Box 644760,   Pittsburgh, PA 15264-4760
15016173       +Peoples Natural Gas Company LLC,   c/o S. James Wallace, P.C.,   845 N. Lincoln Avenue,
                 Pittsburgh, PA 15233-1828

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr             +EDI: PRA.COM Apr 30 2020 06:38:00     PRA Receivables Management, LLC,   PO Box 41021,
                 Norfolk, VA 23541-1021
cr             +E-mail/Text: bankrupt-adjdept@wesbanco.com Apr 30 2020 03:01:26     Wesbanco Bank Inc,
                 1 Bank Plaza,   Wheeling, WV 26003-3565
15002824        EDI: BANKAMER.COM Apr 30 2020 06:38:00     Bank Of America,   Attn: Bankruptcy,   Po Box 982238,
                 El Paso, TX 79998
15002825       +EDI: CAPITALONE.COM Apr 30 2020 06:38:00     Capital One,   Attn: Bankruptcy,   Po Box 30285,
                 Salt Lake City, UT 84130-0285
15002826       +EDI: CAPONEAUTO.COM Apr 30 2020 06:38:00     Capital One Auto Finance,   Attn: Bankruptcy,
                 Po Box 30285,   Salt Lake City, UT 84130-0285
15013666        EDI: CAPITALONE.COM Apr 30 2020 06:38:00     Capital One Bank (USA), N.A.,
                 by American InfoSource as agent,   PO Box 71083,   Charlotte, NC 28272-1083
15002831       +E-mail/Text: bankruptcy@clearviewfcu.org Apr 30 2020 03:01:10     Clearview Cu,
                 Attn: Bankruptcy,   8805 University Blvd,   Moon Township, PA 15108-4212
15002833       +EDI: WFNNB.COM Apr 30 2020 06:38:00     ComenityCapital/Boscov,   Attn: Bankruptcy Dept,
                 Po Box 182125,   Columbus, OH 43218-2125
15002834       +E-mail/PDF: creditonebknotifications@resurgent.com Apr 30 2020 03:06:49     Credit One Bank,
                 Attn: Bankruptcy Department,   Po Box 98873,   Las Vegas, NV 89193-8873
15044939       +E-mail/Text: kburkley@bernsteinlaw.com Apr 30 2020 03:01:38     Duquesne Light Company,
                 c/o Bernstein-Burkley, P.C.,   707 Grant St., Suite 2200, Gulf Tower,
                 Pittsburgh, PA 15219-1945
15031255        EDI: ECMC.COM Apr 30 2020 06:38:00     Educational Credit Management Corporation,
                 P.O. Box 16408,   St. Paul, MN 551160408
15002836       +E-mail/Text: bankrupt-adjdept@wesbanco.com Apr 30 2020 03:01:26     Esb Bank F.s.b.,
                 600 Lawrence Ave,   Ellwood City, PA 16117-1930
15002840       +E-mail/Text: bankruptcy@huntington.com Apr 30 2020 03:01:07     Huntington Natl Bk,
                 Attn: Bankruptcy,   Po Box 340996,   Columbus, OH 43234-0996
15002841        EDI: IRS.COM Apr 30 2020 06:38:00     Internal Revenue Service,   Federal Payment Levy Program,
                 Stop 5050, Annex 5,   PO Box 219236,   Kansas City, MO 64121-9236
15002828        EDI: JPMORGANCHASE Apr 30 2020 06:38:00     Chase Card Services,   Attn: Bankruptcy,
                 Po Box 15298,   Wilmington, DE 19850
15002827        EDI: JPMORGANCHASE Apr 30 2020 06:38:00     Chase Card Services,
                 Attn: Correspondence/Bankruptcy,   Po Box 15298,   Wilminton, DE 19850
15022285        E-mail/Text: ktramble@lendmarkfinancial.com Apr 30 2020 02:59:24
                 Lendmark Financial Services, LLC,   2118 Usher Street,   Covington, Ga. 30014
15009611        E-mail/PDF: resurgentbknotifications@resurgent.com Apr 30 2020 03:07:40     LVNV Funding, LLC,
                 Resurgent Capital Services,   PO Box 10587,   Greenville, SC 29603-0587
15002845       +E-mail/PDF: resurgentbknotifications@resurgent.com Apr 30 2020 03:06:09
                 LVNV Funding/Resurgent Capital,   Attn: Bankruptcy,   Po Box 10497,
                 Greenville, SC 29603-0497
15021373        E-mail/PDF: resurgentbknotifications@resurgent.com Apr 30 2020 03:06:53
                 LVNV Funding/Resurgent Capital,   PO Box 10587,   Greenville, NC 29603-0587
15002846        E-mail/Text: camanagement@mtb.com Apr 30 2020 03:00:37     M & T Bank,   Attn: Bankruptcy,
                 Po Box 844,   Buffalo, NY 14240
15049685        E-mail/Text: camanagement@mtb.com Apr 30 2020 03:00:37     M&T Bank,   P.O. Box 0840,
                 Buffalo, NY 14240-0840
15002850        EDI: PRA.COM Apr 30 2020 06:38:00     Portfolio Recovery,   P.O. Box 12914,   Norfolk, VA 23541
15049581        EDI: PRA.COM Apr 30 2020 06:38:00     Portfolio Recovery Associates, LLC,   POB 12914,
                 Norfolk VA 23541

```
District/off: 0315-2          User: dbas              Page 2 of 2             Date Rcvd: Apr 29, 2020
                              Form ID: 309            Total Noticed: 48
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)

```
15002849        +EDI: PRA.COM Apr 30 2020 06:38:00     Portfolio Recovery,    Po Box 41021,
                 Norfolk, VA 23541-1021
15045093         EDI: Q3G.COM Apr 30 2020 06:38:00     Quantum3 Group LLC as agent for,    Comenity Capital Bank,
                 PO Box 788,    Kirkland, WA 98083-0788
15002851         EDI: AGFINANCE.COM Apr 30 2020 06:38:00      Springleaf Financial S,    Po Box 196,
                 Monaca, PA 15061
15003579        +EDI: RMSC.COM Apr 30 2020 06:38:00     Synchrony Bank,    c/o of PRA Receivables Management, LLC,
                 PO Box 41021,    Norfolk, VA 23541-1021
15002852        +EDI: RMSC.COM Apr 30 2020 06:38:00     Synchrony Bank/Lowes,    Attn: Bankruptcy,
                 Po Box 965060,    Orlando, FL 32896-5060
15002853        +EDI: RMSC.COM Apr 30 2020 06:38:00     Synchrony Bank/Sams,    Attn: Bankruptcy,    Po Box 965060,
                 Orlando, FL 32896-5060
15002854        +EDI: RMSC.COM Apr 30 2020 06:38:00     Synchrony Bank/Sams Club,    Attn: Bankruptcy Dept,
                 Po Box 965060,    Orlando, FL 32896-5060
15002855        +EDI: WTRRNBANK.COM Apr 30 2020 06:38:00      Target,    Attn: Bankruptcy,    Po Box 9475,
                 Minneapolis, MN 55440-9475
15002856        +E-mail/Text: bankrupt-adjdept@wesbanco.com Apr 30 2020 03:01:26      Wesbanco Bank Inc.,
                 1 Bank Plz,    Wheeling, WV 26003-3565
15002857        +E-mail/Text: ebankruptcy@woodforest.com Apr 30 2020 03:01:27      Woodforest National Bank,
                 Attn: Bankruptcy,    Po Box 7889,    The Woodlands, TX 77387-7889
                                                                                                TOTAL: 34

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              M & T Bank
cr               M&T Bank as servicer for Lakeview Loan Servicing,
cr*            +Duquesne Light Company,    c/o Bernstein-Burkley, P.C.,
                 707 Grant Street, Suite 2200, Gulf Tower,    Pittsburgh, PA 15219-1945
cr*            +Peoples Natural Gas Company LLC,    c/o S. James Wallace, P.C.,    845 N. Lincoln Ave.,
                 Pittsburgh, PA 15233-1828
                                                                                   TOTALS: 2, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 01, 2020                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 29, 2020 at the address(es) listed below:
```
              Andrew R. Thalman    on behalf of Creditor    Wesbanco Bank Inc andrewthalman@pgka.com
              James Warmbrodt    on behalf of Creditor    M&T Bank as servicer for Lakeview Loan Servicing, LLC
               bkgroup@kmllawgroup.com
              John L. Walker, Jr.    on behalf of Debtor Andy S. Lancos, Jr. jwalker@marwlaw.com,
               karen.w@marwlaw.com
              John L. Walker, Jr.    on behalf of Joint Debtor Carol A. Lancos jwalker@marwlaw.com,
               karen.w@marwlaw.com
              Keri P. Ebeck    on behalf of Creditor    Duquesne Light Company kebeck@bernsteinlaw.com,
               jbluemle@bernsteinlaw.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com,
               srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
                                                                                               TOTAL: 8
```